UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CHARLES WOODS** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | NO. 07-7571 |
| | * | |
| **AMERICAN SECURITY INSURANCE** | * | |
| **COMPANY** | * | SECTION "L"(5) |

## ORDER

Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed and a copy be delivered to chambers eight days prior to the date set for hearing on the motion. No memorandum in opposition to American Security Insurance Company's Motion to Strike Class Allegations (Rec. Doc. No. 4), set for hearing on February 13, 2008, at 9:00 a.m., has been timely submitted by the Plaintiff.

Accordingly, this motion is deemed to be unopposed, and furthermore, it appearing to the Court that the motion is grounded in law and fact, IT IS ORDERED that American Security Insurance Company's Motion to Strike Class Allegations is GRANTED.

New Orleans, Louisiana, this 13th day of February, 2008.

*Eldon E. Fallon*
UNITED STATES DISTRICT JUDGE